# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

☒ Benton        ☐ East St. Louis            ☐ Contested   ☒ Uncontested

### MINUTES OF DISPOSITION

| | |
|---|---|
| USA v. Jason E. Wampler | Criminal No. 4:07CR40002-00-JPG |
| Defense Counsel: Steven V. Stenger | Judge: J. Phil Gilbert, District Judge |
| Government Counsel: George Norwood, AUSA | Date: 1/18/2008 |

Reporter: Jane McCorkle                Deputy: K. Jane Reynolds                Time: 30 minutes

---

__✘__    COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL NOT HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: Defense counsel makes an oral motion to withdraw objections to PSR which is GRANTED by court.

**TOTAL AMOUNT OF** Methamphetamine **CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS** More than 500 grams, but less than 1.5 kilograms **OFFENSE LEVEL**: 35 **CRIMINAL HISTORY CATEGORY**: 1

**SENTENCE RANGE**: 168 to 210 months        **FINE RANGE**: $20,000.00 to $3,000,000.00

☒ COURT ACCEPTS PLEA AGREEMENT        ☐ COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES:

GOVERNMENT WITNESSES:

MOTION  FOR DOWNWARD DEPARTURE BY        ☐ GRANTED        ☐ DENIED

DEPARTURE TO:

OFFENSE LEVEL:                CRIMINAL HISTORY CATEGORY:

☐ CUSTODY OF ATTORNEY GENERAL        ☒ CUSTODY OF BUREAU OF PRISONS

**SENTENCE**: 168 months  TOTAL  MONTHS ON COUNT(S) 1 and 2 of the Indictment;  168 months on each of Counts 1 and 2.  ☒ ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER;

**UPON RELEASE FROM IMPRISONMENT, DEFENDANT ON**

**SUPERVISED RELEASE**  5 years  TOTAL YEARS ON COUNT(S) 1 and 2 of the indictment;  5 years on Count 1 and 3 years on Count 2.;  ☒ ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER

**Conditions of Supervision/Probation:**

☒    Within 72 hours of release from BOP, defendant to report to Probation in District released.

☒    Defendant shall not commit any further crimes.

☒    Defendant shall not possess firearm or other destructive device.

☒    Defendant shall not illegally possess any controlled substances.

☒    Defendant to participate in substance abuse program approved by Probation.

       Other:

X     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

X     The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid

       at the commencement of the term of supervised release.  The defendant shall pay the fine in installments

       of $10.00 or ten percent of his net monthly income, whichever is greater.

X     The defendant shall provide the probation officer and the Financial Litigation unit of the United States

       Attorney's Office with access to any requested financial information.  The defendant is advised that the

       probation office may share financial information with the Financial Litigation Unit.

X     The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments,

       and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial

       obligation.  The defendant shall immediately notify the probation officer of the receipt of any indicated

       monies.

X     Due to the defendant's substance abuse history, he shall participate as directed and approved by the

       probation officer in treatment for narcotic addiction, drug dependence, or alcohol dependence, which

       includes urinalysis or other drug detection measures and which may require residence and/or

       participation in a residential treatment facility.  Any participation will require complete abstinence from

       all alcoholic beverages.  The defendant shall pay for the costs associated with substance abuse

       counseling and/ or testing based on a copay sliding fee scale approved by the United States probation

Office. Copay shall never exceed the total costs of counseling. The number of tests shall not exceed 52 in a one year period.

X The defendant shall submit his person, residence, real property, place of business, computer, or vehicle to a search, conducted by the United States Probation Officers at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

☒ Defendant shall submit within 15 days, not to exceed 52 tests in a one year period. for drug urinalysis.

☒ Defendant fined a total of  $400.00  on  Count(s) 1 and 2 of the Indictment ; $200.00 on each of Counts 1 and 2.  Interest waived

☒ Fine to be paid from prison earnings, or while defendant is on supervised release.

☒ Special Assessment of  $200.00  on Count(s) 1 and 2 of the Indictment due immediately.

☐ Restitution is ordered in the amount of 0  to be paid to:

☐ Court finds defendant's financial condition is such that he is unable to:

  ☐ pay restitution,  ☐ pay a fine,  ☐ pay costs of incarceration or supervision, and they are WAIVED

☒ Defendant advised of right to appeal.

☐ Recommendation __

BOND: ☐ REVOKED  ☒ REMANDED  ☐ CONTINUED and  Defendant to voluntarily surrender as notified  by  United States Marshal to designated institution;  or  ☐ surrender to United States Marshal on

☐ Counts(s) dismissed on Motion of Government

X The Court recommends the Intensive Drug Treatment Program.