IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 07-40002 |
| | ) | |
| JASON E. WAMPLER, | ) | |
| Defendant. | ) | |

## NOTICE AND ORDER

J. PHIL GILBERT, District Judge

The captioned case is set for a Motion Hearing on September 25, 2009 at 1:30 p.m. before the Honorable J. Phil Gilbert, at the United States Courthouse, 301 West Main Street, Benton, IL 62812.

IT IS ORDERED that the Director of the Bureau of Prisons, FCI Terre Haute, IN. arrange to have Jason E. Wampler, Reg. No. 07309-025, present via telephone for the proceedings. The call should be placed to 618-439-7733 unless other arrangements have been made between BOP and the court.

DATED: 9/22/2009

_____
J. Phil Gilbert, District Judge